**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------x

HIMELDA MENDEZ, *and on behalf of all other persons similarly situated*,

         Plaintiff,

-against-

TWEEN BRANDS, INC., *d/b/a Justice*

         Defendant.

------------------------------------x

ORDER

19 Civ. 10767 (GBD)

GEORGE B. DANIELS, United States District Judge:

Defendant's request for an adjournment of the initial conference and for a stay of discovery, (ECF No. 13), is GRANTED. The initial conference scheduled for March 11, 2020 at 9:30 am is canceled. Oral argument on Defendant's forthcoming motion to dismiss the amended complaint will be held on April 8, 2020 at 10:30 am. Discovery is stayed during the pendency of Defendant's motion.

Dated: New York, New York
   March 4, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge