**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

HIMELDA MENDEZ,

                     Plaintiff,

    -against-

TWEEN BRANDS, INC.,

                     Defendant.

------------------------------------- x

ORDER

19 Civ. 10767 (GBD)

GEORGE B. DANIELS, United States District Judge:

The April 8, 2020 oral argument is adjourned to June 10, 2020 at 10:30 a.m.

Dated: New York, New York
       March 24, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge