Case 1:19-cv-10767-GBD   Document 21   Filed 06/01/20   Page 1 of 1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN 0 1 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
HIMELDA MENDEZ, *and on behalf of all other
persons similarly situated*,

                                Plaintiff,

      -against-

TWEEN BRANDS, INC.,

                              Defendant.
------------------------------------- x

ORDER

19 Civ. 10767 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The oral argument scheduled for June 10, 2020 is canceled.

Dated: New York, New York
       June 1, 2020

SO ORDERED.

*[signature]*
GEORGE B. DANIELS
United States District Judge