UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------

HIMELDA MENDEZ, *and on behalf of all other persons similarly situated*,

                          Plaintiff,

-against-

TWEEN BRANDS, INC.,

                         Defendant.

------------------------------------ x

ORDER

19 Civ. 10767 (GBD)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: JUN 1 7 2020

GEORGE B. DANIELS, United States District Judge:

Defendant's motion to dismiss dated February 7, 2020 (ECF No. 10) is DENIED. Defendant's motion is moot, because Plaintiff subsequently filed an amended complaint dated February 20, 2020 (ECF No. 12).

Dated: New York, New York
       June 17, 2020

SO ORDERED.

*[signature]*
GEORGE B. DANIELS
United States District Judge