UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

HIMELDA MENDEZ, *and on behalf of all other persons similarly situated*,

         Plaintiff,

  -against-

TWEEN BRANDS, INC.,

         Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER

19 Civ. 10767 (GBD)

GEORGE B. DANIELS, United States District Judge:

  Defendant informed this Court that Defendant has recently filed for Chapter 11 bankruptcy protection. There is currently an automatic stay as to the Defendant, pursuant to 11 U.S.C. § 362.

  The Clerk of Court is hereby directed to place the above-captioned action on the suspense docket until further order of this Court, and directed to close Defendant's motion to dismiss, (ECF No. 15). This motion may be renewed once the above-captioned action is restored to the main docket.

Dated: New York, New York
   October 15, 2020

                SO ORDERED.

                */s/ George B. Daniels*
                GEORGE B. DANIELS
                United States District Judge