UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

HIMELDA MENDEZ,

                    Plaintiff,

    -against-

TWEEN BRANDS, INC.,

                    Defendant.

------------------------------------- x

ORDER

19 Civ. 10767 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The Clerk of the Court is directed to close the above-captioned action.

Dated: August 2, 2022
       New York, New York

SO ORDERED.

*George B. Daniels* (signature)

GEORGE B. DANIELS
United States District Judge